**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **KASSANDRA DEARY** | § | |
| *Plaintiff,* | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 4:22-cv-3214** |
| | § | |
| **MICHAEL JARRELL HINES, RCI** | § | **JURY DEMANDED** |
| **HOSPITALITY, INC BMB DINING** | § | |
| **SERVICES, INC (FUQUA) d/b/a** | § | |
| **BOMBSHELLS HOUSTON-SOUTH** | § | |
| **HARRIS COUNTY, TEXAS** | § | |
| *Defendants.* | § | |

<u>**DEFENDANT'S NOTICE OF REMOVAL**</u>

Defendant Harris County ("Defendant") files this Notice of Removal pursuant to 28 U.S.C. § 1441, and would respectfully show as follows:

1.     Plaintiff Kassandra Deary ("Plaintiff") filed her Original Petition ("the Petition") on September 14, 2022 under Cause No. 2022-55793, in the 55th Judicial District Court of Harris County, Texas. Defendant Harris County was served with a copy of Plaintiff's Original Petition on September 14, 2022.  As of September 20, 2022, Michael Jerrell Hines, RCI Hospitality, Inc, and DMB Dining Services, Inc. (Fuqua) d/b/a Bombshells Houston-South have not been served.

2.     Defendant's original notice of removal is being filed within thirty (30) days after service of the Plaintiff's Original Petition on Defendant which alleges a federal cause of action pursuant to 42 U.S.C. § 1983. In her Original Petition, Plaintiff alleges Defendants, Harris County violated her Fourth and Fourteenth amendment constitutional rights by using excessive force against her. The suit also alleges Harris County had a policy of deliberate indifference to the care and custody of citizens and detainees that resulted in unlawful detention, false arrest and an assault on Plaintiff.  She also alleges Harris County failed to train or supervise its employees which led to the use of excessive force against her, and that the County failed to render timely medical care.

Plaintiff seeks compensatory and punitive damages, attorney's fees and costs and has demanded a jury trial.

3.    Original jurisdiction of this Court is proper pursuant to 28 U.S.C. §§ 1441(a) and 28 U.S.C. § 1331. Venue in this Court is proper because Harris County, Texas is located within the Southern District of Texas and the Houston Division thereof.  Removal to this Court is, therefore, proper under 28 U.S.C. §§ 1441(a) and 1331.  The Defendant, Harris County, consent to this removal. As of September 20, 2022, Michael Jerrell Hines, RCI Hospitality, Inc, and DMB Dining Services, Inc. (Fuqua) d/b/a Bombshells Houston-South have not been served.

4.    Copies of all process and pleadings filed in Cause No. 2022-55793 have been provided to this Court.

5.    Written notice of the filing of this Notice is being served on all adverse parties as required by 28 U.S.C. § 1446(d). A true and correct copy of this Notice will be filed with the District Clerk of Harris County, Texas, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendant Harris County respectfully requests that this action be removed to the United States District Court.

Respectfully submitted,

OF COUNSEL:

By: */s/ Rachel Fraser*

**Rachel Fraser**

CHRISTIAN D. MENEFEE
Texas Bar No. 24088049
Harris County Attorney

Assistant County Attorney
SBOT: 24079725
Federal Bar No. 2553428

**Suzanne Bradley**
Assistant County Attorney
SBOT: 24567
Federal Bar. No. 00793375
1019 Congress
Houston, Texas 77002
Telephone:  (713) 274-5383
Facsimile:  (713) 755-8924
Rachel.fraser@harriscountytx.gov
Suzanne.bradley@harriscountytx.gov
ATTORNEYS FOR DEFENDANT
HARRIS COUNTY, TEXAS

### CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2022, a true and correct copy of the foregoing was served pursuant to the Federal Rules of Civil Procedure to:

Chukwuma Njaka
Denicks Legal, PLLC
7324 Southwest Freeway, Ste. 320
Houston, TX 77074
denickslegal@gmail.com

Obinna Okeke
Obi Okeke PLLC
6924 Glenview Drive
North Richland Hills, TX 76180
obi@oolawtx.com

Harrison Declan
Harrison Declan, PLLC
500 6th Street
San Antonio, TX 78215
harrison@hcdeclanlaw.com

*/S/ Rachel Fraser*
**RACHEL FRASER**
Assistant County Attorney

3